# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:04-CR-0287** |
| : | |
| **v.** : | **(Judge Conner)** |
| : | |
| **ALTIMONT WILKES** : | |

## ORDER

AND NOW, this 23rd day of September, 2005, upon consideration of defendant's motion to proceed *pro se* (Doc. 71) and of the hearing on September 22, 2005 to ensure that defendant understood the hazards and disadvantages of self-representation, the charges against him, and the potential range of penalties, and it appearing that defendant has knowingly, intelligently, and voluntarily waived his right to representation (see Doc. 81), see Faretta v. California, 422 U.S. 806, 835 (1975); United States v. Peppers, 302 F.3d 120, 129 (3d Cir. 2002), it is hereby ORDERED that:

1. Defendant's motion to proceed *pro se* (Doc. 71) is GRANTED.

2. The appointment of Christopher A. Ferro, Esquire, as counsel for defendant in the above-captioned case is TERMINATED.

3. Christopher A. Ferro, Esquire, is appointed as standby counsel for defendant.

4. The United States may file a supplemental response to defendant's motion to withdraw his guilty plea (Doc. 72) on or before September 27, 2005.

5.  If necessary, depending upon the court's disposition of defendant's motion to withdraw his guilty plea, defendant may file additional objections to the presentence report on or before October 17, 2005.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge