**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:04-CR-0287** |
| : | |
| **v.** : | **(Judge Conner)** |
| : | |
| **ALTIMONT WILKES** : | |

## **ORDER**

AND NOW, this 14th day of October, 2005, upon consideration of defendant's pretrial motions (Docs. 88, 90, 91) to dismiss the indictment, order discovery, and suppress evidence, and of the order of court (Doc. 86), dated October 13, 2005, denying defendant's motion to withdraw his guilty plea, it is hereby ORDERED that the motions (Docs. 88, 90, 91) are DENIED as moot.

       S/ Christopher C. Conner
       CHRISTOPHER C. CONNER
       United States District Judge